Pamela J. Chaney
SBN  24006983
Attorney for Debtors
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX  79601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| JAMES WILLIAM MICHAEL § | CASE NO. 09-10146-RLJ-13 |
| EDNA DIANE MICHAEL § | |
| § | |
| DEBTORS § | |

WITHDRAWAL OF PROOF OF CLAIM #14-1

The undersigned, Pamela J. Chaney, Attorney for Debtors in the above-referenced matter, hereby withdraws the Proof of Claim #14-1 filed with this Court on behalf of Woodridge USA Properties, LP. for $600.00 with this Court on or about 12/10/2009.

Respectfully Submitted,

/s/Pamela J. Chaney
SBN: 24006983
Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2009, a true and correct copy of the attached was served on the following parties in interest:

Walter O'Cheskey
6308 Iola Ave.
Lubbock, TX 79424

Woodridge USA Properties, LP.
P.O. Box 2473
Abilene, TX 79604

US TRUSTEE
1100 Commerce St, Rm 9C60
Dallas, TX  75242

James William Michael
Edna Diane Michael
P.O. Box 422
Cisco, TX 76437

/s/Pamela J. Chaney
Attorney for Debtors